11-12-039-CR



# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. PD-1649-12

FILED
IN COURT OF APPEALS
ELEVENTH DISTRICT

MAR 2 1 2013

SHERRY WILLIAMSON, CLERK
_____Deputy

### CHRISTOPHER PACHECO, Appellant,

### v.

### THE STATE OF TEXAS

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE ELEVENTH COURT OF APPEALS BASTROP COUNTY

PER CURIAM. KEASLER and HERVEY, JJ., dissent.

### ORDER

The petition for discretionary review violates Rule of Appellate Procedure 9.3(b) because the original petition is not accompanied by 11 copies.

The petition is struck. See Rule of Appellate Procedure 68.6.

The petitioner may redraw the petition. The redrawn petition and copies must be filed in the Court of Criminal Appeals within thirty days after the date of this Order.

Filed: March 20, 2013
Do Not Publish